UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. <u>13-2071 MK</u> |
| ) | |
| v. ) | JUDGE KNOWLES |
| ) | |
| BOBBY MILES ) | |

## ORDER

This matter comes before the Court on the United States' Motion to Seal the Criminal Complaint, Affidavit, and Arrest Warrant. It is hereby ordered that:

The Motion is granted and the Criminal Complaint, Affidavit, and Arrest Warrant are ordered sealed, pending further order of the Court.

_____
HONORABLE E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE

Dated: 9/4/13